THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOMAIN NAME COMMISSION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DOMAINTOOLS, LLC,<br><br>Defendant. | CASE NO. C18-0874-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 6th day of July 2018.

          William M. McCool
          Clerk of Court

          s/Tomas Hernandez
          Deputy Clerk