UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| DOMAIN NAME COMMISSION LIMITED | |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:18-CV-874-RSL |
| DOMAINTOOLS, LLC, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT
Case No. 2:18-cv-874-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Domain Name Commission Limited ("DNCL") served the summons and |
| 3 | Complaint on Defendant DomainTools, LLC ("DomainTools") on June 19, 2018. Dkt. No. 7. |
| 4 | DomainTools has until July 10, 2018 to respond to the Complaint. The parties hereby stipulate |
| 5 | to and request an extension of the deadline to respond to the Complaint to 14 days after an |
| 6 | order is issued on Plaintiff's Motion for Preliminary Injunction. |
| 7 | Good cause exists for the requested extension. The parties are engaged and actively |
| 8 | litigating this matter. Plaintiff DNCL recently filed a Motion for Preliminary Injunction, |
| 9 | currently noted for July 13, 2018. Dkt. No. 2. Defendant DomainTools' response to the |
| 10 | Preliminary Injunction is due July 9, 2018. Defendant DomainTools also filed a Motion for |
| 11 | Expedited Discovery, currently noted for July 6, 2018. Due to the time being devoted to these |
| 12 | pending motions, Defendant requests and Plaintiff stipulates to an extension of the deadline to |
| 13 | respond to the Complaint. The parties' stipulation will not unduly delay this proceeding or |
| 14 | cause prejudice. |
| 15 | Respectfully submitted this 9th day of July, 2018. |

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT
Case No. 2:18-cv-874-RSL

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| | |
|---|---|
| PERKINS COIE, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| s/Todd M. Hinnen<br>s/Erin K. Earl<br>s/Anna Mouw Thompson | s/Aravind Swaminathan<br>s/Melanie D. Phillips<br>s/Jacob M. Heath |
| Todd M. Hinnen, WSBA No. 27176<br>Erin K. Earl, WSBA No. 49341<br>Anna Mouw Thompson, WSBA No. 52418<br>Perkins Coie LLP, LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: THinnen@perkinscoie.com<br>EEarl@perkinscoie.com<br>AnnaThompson@perkinscoie.com | Aravind Swaminathan (State Bar No. 33883)<br>aravind@orrick.com<br>Melanie D. Phillips (State Bar No. 48945)<br>mphillips@orrick.com<br>Orrick, Herrington & Sutcliffe, LLP<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104<br>Telephone: 206-839-4300<br>Facsimile: 206-839-4301<br><br>Jacob M. Heath (admitted *Pro Hac Vice*)<br>jheath@orrick.com<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401 |
| Attorneys for Plaintiff Domain Name Commission Limited | Attorneys for Defendant DomainTools, LLC |

## ORDER

IT IS HEREBY ORDERED that Defendant DomainTools, LLC shall answer or otherwise respond to Plaintiff Domain Name Commission Limited's Complaint within 14 days of this Court's Order on Plaintiff's Motion for Preliminary Injunction.

DATED this 10th day of July, 2018.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO  - 2 -
COMPLAINT
Case No. 2:18-cv-874-RSL

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300