THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DOMAIN NAME COMMISSION LIMITED<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOMAINTOOLS, LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-874<br><br>**DEFENDANT DOMAINTOOLS' AMENDED NOTICE OF UNAVAILABILITY OF COUNSEL** |

DEFENDANT'S AMENDED NOTICE OF
UNAVAILABILITY:  Case No. 2:18-cv-874

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

Defendant DomainTools hereby gives notice to the Court and Plaintiff Domain Name Commission Limited and opposing counsel that DomainTools' lead counsel Aravind Swaminathan will be unavailable from Monday, July 23 through and including Friday, July 27, due to a pre-planned vacation.  Mr. Swaminathan will additionally be unavailable from Wednesday, August 8 through and including Friday, August 10, due to a pre-planned speaking engagement and conference.

Dated: July 20, 2018                              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  *s/Aravind Swaminathan*
     *s/Melanie D. Phillips*
     *s/Jacob M. Heath*
     *s/Robert L. Uriarte*
Aravind Swaminathan (State Bar No. 33883)
aswaminathan@orrick.com
Melanie D. Phillips (State Bar No. 48945)
mphillips@orrick.com
Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA  98104
Telephone:  206-839-4300
Facsimile:  206-839-4301

Jacob M. Heath (admitted *pro hac vice*)
jheath@orrick.com
Robert L. Uriarte (admitted *pro hac vice*)
ruriarte@orrick.com
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:  650-614-7400
Facsimile:  650-614-7401

*Attorneys for Defendant DomainTools, LLC*

1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED:  July 20, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  *s/Aravind Swaminathan*
     Aravind Swaminathan (WSBA No. 33883)
     aswaminathan@orrick.com

     701 Fifth Avenue, Suite 5600
     Seattle, WA  98104-7097
     Telephone:       206-839-4300
     Facsimile:        206-839-4301

DEFENDANT'S AMENDED NOTICE OF
UNAVAILABILITY:  Case No. 2:18-cv-874              - 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300