THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMAIN NAME COMMISSION LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMAINTOOLS, LLC<br><br>        Defendant. | No. 2:18-cv-874<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

This Court, having considered their Motion to Withdraw as Counsel, hereby GRANTS LEAVE for Todd M. Hinnen, Erin K. Earl, and Anna Mouw Thompson of Perkins Coie LLP to withdraw as counsel for Plaintiff Domain Name Commission Limited ("DNCL").

IT IS SO ORDERED.

Dated this 9th day of October, 2018.

_____
Hon. Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL
(NO. 2:18-CV-874) – 1
141522919.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By: *s/ Todd M. Hinnen*
Todd M. Hinnen, WSBA No. 27176
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: THinnen@perkinscoie.com

*Attorney for Plaintiff Domain Name Commission Limited*

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL
(NO. 2:18-CV-874) – 2
141522919.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000