UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMAIN NAME COMMISSION LIMITED,

    Plaintiff,

v.

DOMAINTOOLS, LLC,

    Defendant.

NO. C18-0874RSL

ORDER STAYING PROCEEDINGS

This matter comes before the Court on the "Stipulation and [Proposed] Order for Stay of Proceedings Pending Appeal" submitted by the parties in the above-captioned matter. Dkt. # 55. Having reviewed the record and the stipulation of the parties, the Court finds that a stay will promote judicial efficiency and preserve the resources of the litigants without unduly prejudicing either party's interests. 5A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1360 (3d ed. 2004). See also Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

For all of the foregoing reasons, this matter is hereby STAYED in its entirety, pending resolution of defendant's appeal and the Ninth Circuit's entry of a mandate. The Clerk of Court

ORDER STAYING PROCEEDINGS - 1

is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the Ninth Circuit's issuance of a mandate regarding the appeal, submit a Joint Status Report setting forth the parties' recommendations for a new trial date and other scheduling deadlines.

Dated this 1st day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING PROCEEDINGS - 2