UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 08 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOMAIN NAME COMMISSION LIMITED,

       Plaintiff - Appellee,

 v.

DOMAINTOOLS, LLC,

       Defendant - Appellant.

No. 18-35850

D.C. No. 2:18-cv-00874-RSL
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered July 17, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7