THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   WESTERN DISTRICT OF WASHINGTON

10                              AT SEATTLE

11   DOMAIN NAME COMMISSION LIMITED,

12                    Plaintiff,                    Case No. 2:18-CV-874

13        v.                                        **STIPULATION AND [PROPOSED]
                                                    ORDER FOR BRIEFING SCHEDULE
14   DOMAINTOOLS, LLC,                              AND STAY**

15                    Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff Domain Name Commission Limited (DNCL) and Defendant DomainTools, LLC (DomainTools), by and through their undersigned counsel, hereby stipulate to the below briefing schedule pertaining to DomainTools' forthcoming motion to dismiss as well as a stay of discovery pending briefing and resolution of DomainTools' motion to dismiss.  In support of this stipulation, the parties state as follows:

1.     On September 12, 2018, the Court entered an order granting in part DNCL's request for a preliminary injunction.  Dkt. No. 43.

2.     On September 26, 2018, DomainTools filed a motion to dismiss Plaintiff's complaint, with a noting date of October 19, 2018.  Dkt. No. 46.

3.     On October 17, 2018, DNCL filed an amended complaint that included additional allegations in support of its three claims.  Dkt. No. 54.

4.     On October 12, 2018, DomainTools filed a notice of appeal.  Dkt. No. 52.

5.     On October 30, 2018, this Court stayed this matter in its entirety pending resolution of DomainTools' appeal.  Dkt. No. 56.

6.     On July 17, 2019, the Ninth Circuit Court of Appeals affirmed this Court's preliminary injunction ruling and issued the mandate on August 8, 2019.   Dkt Nos. 58, 59.

7.     DomainTools has indicated its intent to file a motion to dismiss DNCL's claims under the federal Computer Fraud and Abuse Act and the Washington Consumer Protection Act.

8.     The parties hereby stipulate and agree to the following briefing schedule:

- DomainTools' Motion to Dismiss:  Due September 3, 2019.
- DNCL's Response to DomainTools' Motion to Dismiss:  Due October 1, 2019.
- DomainTools' Reply ISO Motion to Dismiss:  Due October 22, 2019.

9.     The parties further agree and stipulate to stay all discovery until fourteen (14) days after this Court enters an order on DomainTools' forthcoming motion to dismiss.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER FOR
BRIEFING SCHEDULE AND STAY:  Case No.
2:18-CV-874

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

DATED this 15th day of August, 2019.

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:    *s/Aravind Swaminathan*
       *s/Melanie D. Phillips*
       *s/Jacob M. Heath*
       Aravind Swaminathan (State Bar No. 33883)
       aswaminathan@orrick.com
       Melanie D. Phillips (State Bar No. 48945)
       mphillips@orrick.com
       Orrick, Herrington & Sutcliffe, LLP
       701 Fifth Avenue, Suite 5600
       Seattle, WA  98104
       Telephone:  206-839-4300
       Facsimile:  206-839-4301

       Jacob M. Heath (admitted *Pro Hac Vice*)
       jheath@orrick.com
       1000 Marsh Road
       Menlo Park, CA  94025-1015
       Telephone:  650-614-7400
       Facsimile:  650-614-7401

       Attorneys for Defendant DomainTools, LLC

STIPULATION AND [PROPOSED] ORDER FOR
BRIEFING SCHEDULE AND STAY:  Case No.
2:18-CV-874

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

1

DAVIS WRIGHT TREMAINE LLP

2

3            By:     *s/Stephen Rummage*

4                  *s/James Corning*

James Corning (State Bar No. 45117)
jamescorning@dwt.com

5 Stephen M. Rummage, WSBA #11168
steverummage@dwt.com

6 1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045

7 Telephone: (206) 622-3150
Facsimile: (206) 757-7700

8

9 Attorneys for Plaintiff Domain Name
Commission Limited

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
BRIEFING SCHEDULE AND STAY:  Case No.
2:18-CV-874

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

1

## **ORDER**

2

3    IT IS HEREBY ORDERED that DomainTools' Motion to Dismiss is due on

4    September 3, 2019, DNCL's response to DomainTools' Motion to Dismiss is due on October

5    1, 2019, and DomainTools' reply in support of its Motion to Dismiss is due on October 22,

6    2019.  All discovery is stayed pending resolution of the motion to dismiss.  Within 14 days of

7    resolution of the motion to dismiss, the parties shall file a joint report with a scheduling

8    proposal.

9

10   DATED this ___ day of ____, 2019

11

12   _____

13   Robert S. Lasnik
     United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300